IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:  24-cv-01710-DDD-MDB               Date:  December 2, 2024
Courtroom Deputy:  E. Lopez Vaughan                 FTR:  Courtroom 101

| *Parties:* | *Counsel:* |
|---|---|
| Wei Li | Daniel Vedra |
| Plaintiff, | |
| v. | |
| JPMorgan Chase Bank, N.A. | Ronald Tomassi, Jr. |
| | Harrison Meyers |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**10:59 a.m.       Court in session.**

Court calls case.  Appearances of counsel.

The parties provide the Court with an overview of discovery and additional context with respect to *Joint Status Report* at ECF No. 25. Plaintiff represents he will not need a 30(b)(6) deponent, and intends to depose only one of the two employee witnesses identified in Defendant's initial disclosures. Plaintiff also represents that additional written discovery may not be necessary. The Court cautions that given the narrow nature of the case, the discovery deadline will not be extended.

**ORDERED:**  Defendant shall provide Plaintiff with at least two deposition dates for the witness Plaintiff seeks to depose. The dates shall be provided by December 6, 2024. The deposition dates shall be dates between now and February 10, 2025. Plaintiff represents no major scheduling conflicts between now and then.

**ORDERED**:  Within three (3) days of the aforementioned deposition, the parties shall file a Joint Status Report which, if applicable, shall include a request for a Status Conference. Based on that update, the Court will determine whether it would be beneficial to order the parties to mediate.

Hearing concluded.

**11:16 a.m.     Court in recess.**

Total in-court time     00:17

\*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.